THOMAS E. KENT, ESQ.  (SBN107238)
WILLIAM K. HONG, ESQ.  (SBN266690)
LEE & KENT
915 WILSHIRE BOULEVARD, SUITE 2050
LOS ANGELES, CALIFORNIA 90017
Telephone: (213) 542-4232
Facsimile: (213) 542-4234
Email: tkent@leekent.com

Attorneys for Debtor and Debtor In Possession,
Rio Rancho Super Mall, LLC

**FILED & ENTERED**

APR 08 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY dgreen    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:11-bk-16835-CB |
| RIO RANCHO SUPER MALL, LLC., | Chapter 11 |
| | *Assigned to Hon. Catherine E. Bauer* |
| Debtor. | **ORDER GRANTING FINAL APPROVAL OF DEBTOR'S MOTION FOR INTERIM LIMITED USE OF CASH COLLATERAL AND APPROVING FIRST STIPULATION BETWEEN DEBTOR AND WILSHIRE STATE BANK RE USE OF CASH COLLATERAL AND ADEQUATE PROTECTION** |
| | Date: March 29, 2011
Time: 2:00 p.m.
Ctrm: 303 |

**AT RIVERSIDE, CALIFORNIA, ON THIS 29TH DAY OF MARCH, 2011:**

Rio Rancho Super Mall, LLC, Debtor and Debtor In Possession in the above-noted Chapter 11 case ("Debtor"), having filed an Emergency Motion (the "Emergency Motion") for Interim Limited Use of Cash Collateral and the Court having granted said Emergency Motion

following a hearing before this Court on March 3, 2011, and the Court having scheduled a final hearing on the Emergency Motion for 2:00 p.m. on March 29, 2011 in Courtroom 303 of this Court; and

The Debtor having advised the Court that it has entered into First Stipulation with senior secured creditor Wilshire State Bank ("WSB") Re Use of Cash Collateral and for Adequate Protection ("First Stipulation"), and

**Good Cause Appearing Therefor, the Court makes the following Orders:**

1. This Court's Interim Order re Use of Cash Collateral is approved on a final basis.

2. The Debtor is authorized to continue to use cash collateral up through and including May 31, 2011, in accordance with the terms of the First Stipulation filed on March 28, 2011, Docket No. 35, and incorporated herein.

3. All prior orders of this Court with respect to the use of cash collateral shall remain in effect pending entry of further orders of this Court.

4. Counsel for the Debtor is hereby directed to serve a copy of this Order upon all creditors, the members of any Official Committee of Unsecured Creditors appointed by the Office of the U.S Trustee and all parties requesting special notice not later than March 31, 2011.

**IT IS SO ORDERED.**

###

DATED: April 8, 2011

United States Bankruptcy Judge

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF DEBTOR'S MOTION FOR INTERIM LIMITED
USE OF CASH COLLATERAL AND APPROVING FIRST STIPULATION BETWEEN DEBTOR AND
WILSHIRE STATE BANK RE USE OF CASH COLLATERAL AND ADEQUATE PROTECTION

| In re: RIO RANCHO SUPER MALL, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  6:11-bk-16835-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd. Suite 2050, Los Angeles, CA 90017.

A true and correct copy of the foregoing document described as **PROPOSED ORDER GRANTING FINAL APPROVAL OF DEBTOR'S MOTION FOR INTERIM LIMITED USE OF CASH COLLATERAL AND APPROVING FIRST STIPULATION BETWEEN DEBTOR AND WILSHIRE STATE BANK RE USE OF CASH COLALTERAL AND ADEQUATE PROTECTION [WITH EXHIBIT A]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/29/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee - ustpregion16.rs.ecf@usdoj.gov
Thomas E. Kent, Attorney for Debtor - tkent@leekent.com
Everett L. Green, Counsel for US - Trustee- everett.l.green@usdoj.gov
John H. Choi, Counsel for Creditor Wilshire State Bank – johnchoi@kpclaw.com
William K. Kim, Counsel for Creditor Saehan Bank – William@parkandlim.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 3/29/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached.**

**X** Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I se personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/29/2011 | KATE S. SHIN | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1**

| In re: RIO RANCHO SUPER MALL, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  6:11-bk-16835-CB |

## SERVICE LIST

*JUDGE'S COPY*
HONORABLE CATHERINE E. BAUER
BANKRUPTCY JUDGE
3420 Twelfth Street, Ctrm 303
Riverside, CA 92501-3819

*UNITED STATES TRUSTEE*
Everett L Green, Esq.
Office of U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Attorney for Wilshire State Bank
John H. Choi, Esq.
Kim, Park, Choi & Yi
3435 Wilshire Blvd. Suite 1720
Los Angeles, CA 90010-2003

Attorney for Pacific City Bank
Troy Ahn, Esq.
3600 Wilshire Blvd. #432
Los Angeles, CA 90010

Attorney for Saehan Bank
William W. Kim, Esq.
Heesok Park, Esq.
Park & Lim
3435 Wilshire Blvd. #2920
Los Angeles, CA 90010

Attorney for BFG Company
Norman Levine, Esq.
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars,.21st Floor
Los Angeles, California 90067

*UNSECURED CREDITORS*

Butterfield Valley Partners
3424 Carson Street #650
Torrance CA, 90503

Attorney for Lamar Advertising
Badger Law Office
5005 La Mark Drive #101
Riverside, CA 92507

Riverside County Tax Collector
4080 Lemon St. 1st Floor
Riverside, CA 92502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9021-1.1**

| In re: RIO RANCHO SUPER MALL, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:11-bk-16835-CB |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)**Order Granting Motion to Authorize Debtor to Enter into Post Petition Loan Modification Agreement with Golden Security Bank** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **3/29/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee - ustpregion16.rs.ecf@usdoj.gov
Thomas E. Kent, Attorney for Debtor - tkent@leekent.com
Everett L. Green, Counsel for US - Trustee- everett.l.green@usdoj.gov
John H. Choi, Counsel for Creditor Wilshire State Bank – johnchoi@kpclaw.com
William K. Kim, Counsel for Creditor Saehan Bank – William@parkandlim.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See attached page.

X Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9021-1.1**

| In re: RIO RANCHO SUPER MALL, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  6:11-bk-16835-CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

*UNITED STATES TRUSTEE*
Everett L Green, Esq.
Office of U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Attorney for Wilshire State Bank
John H. Choi, Esq.
Kim, Park, Choi & Yi
3435 Wilshire Blvd. Suite 1720
Los Angeles, CA 90010-2003

Attorney for Pacific City Bank
Troy Ahn, Esq.
3600 Wilshire Blvd. #432
Los Angeles, CA 90010

Attorney for Saehan Bank
William W. Kim, Esq.
Heesok Park, Esq.
Park & Lim
3435 Wilshire Blvd. #2920
Los Angeles, CA 90010

Attorney for BFG Company
Norman Levine, Esq.
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars,.21st Floor
Los Angeles, California 90067

*UNSECURED CREDITORS*

Butterfield Valley Partners
3424 Carson Street #650
Torrance CA, 90503

Attorney for Lamar Advertising
Badger Law Office
5005 La Mark Drive #101
Riverside, CA 92507

Riverside County Tax Collector
4080 Lemon St. 1st Floor
Riverside, CA 92502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1