John H. Choi, SBN 149418
Kim, Park, Choi & Yi
a Professional Law Corporation
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003
Tel: (213) 384-7600
Fax: (213) 384-4888
Email: johnchoi@kpcylaw.com
Attorneys for Secured Creditor
Wilshire State Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.: 6:11-bk-16835-CB |
| | Chapter 11 |
| Rio Rancho Super Mall, LLC., | **STIPULATION RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor. | |
| Wilshire State Bank, Movant | Date:   June 7, 2011<br>Time:   2:00 p.m.<br>Ctrm:   303 |
| v. | |
| Rio Rancho Super Mall, LLC, Respondent. | |

This Stipulation re Motion for Relief from the Automatic Stay (the "Stipulation") is entered into by and between Wilshire State Bank ("Bank") and Rio Rancho Super Mall, LLC, the Chapter 11 Debtor and Debtor in Possession herein ("Debtor"), by and through their respective counsel of record. Debtor and Bank are collectively referred to herein as the "Parties".

Contingent upon entry of an Order of the Bankruptcy Court approving this Stipulation and subject to the limitations set forth herein, the Parties stipulate that Bank may be granted

relief from the automatic stay of Bankruptcy Code § 362 for purposes of enabling Bank to prosecute an action in the Riverside County Superior Court initiated by the filing of a complaint on February 28, 2011 ("Complaint"). The Complaint is designated as Riverside County Superior Court Case No. RIC1103667 (hereinafter the "Action".) This Stipulation is based on the following facts:

## RECITALS

A.  On March 2, 2011, (the "Petition Date"), Debtor commenced the above-captioned bankruptcy case (the "Chapter 11 Case") by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

B.  On May 5, 2011, Bank filed a Motion for Relief from the Automatic Stay ("Motion") in order to proceed with the Action.

C.  On May 6, 2011, Debtor filed a Notice of Removal of the Action.

D.  On May 24, 2011, Debtor filed its Response to the Motion.

E.  Whereas the hearing on the Motion is scheduled to occur on June 7, 2011 at 2:00 p.m. in Courtroom 303 of the U.S. Bankruptcy Court located at 3420 12th Street, Riverside, California.

WHEREFORE, the Parties hereby stipulate and agree as follows:

## AGREEMENT

1.  Contingent upon entry of an Order of the Bankruptcy Court approving this Stipulation and subject to the provisions and limitations hereof, Bank may be granted relief from the stay to prosecute the Action to completion and judgment as to all defendants in the Action, except as to Debtor.

2.  Bank, however, shall have the right to file and serve amended pleadings in the Action naming Debtor as a defendant. Bank reserves its right to seek a further relief from the automatic stay in order to prosecute the Action against Debtor and Debtor's bankruptcy estate.

Kim Park Choi & Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

3. Each party agrees to execute a separate stipulation to remand the Action to the Riverside County Superior Court, a copy of said Stipulation to Remand is attached hereto as Exhibit "1".

4. Each party agrees to execute a separate limited stipulation for entry of judgment against Debtor, a copy of said Stipulation for Judgment is attached hereto as Exhibit "2" which shall be held by the Bank and may not be filed with Riverside Superior Court unless or until this Chapter 11 case is dismissed or unless so expressly authorized by a duly entered Order of the Bankruptcy Court.

5. This Stipulation for Relief from Stay may be signed in any number of counterparts, each of which shall be an original, with the same effect as if the signature thereto were upon the same instrument. This Stipulation may be executed by the facsimile delivery of a signature page.

5. Nothing in this Stipulation for Relief from Stay shall constitute a waiver of forbearance of any default or event of default under the applicable agreements. The Parties may have or acquire claims against the other party in addition to the claims recited herein and nothing in this Stipulation constitutes a waiver or forbearance of any such claims.

6. This terms and conditions of this Stipulation for Relief from Stay have been negotiated by the Parties at arms' length and in good faith and are fair and reasonable under the circumstances, and this Stipulation shall be enforceable against the Parties in accordance with its terms.

7. This Stipulation shall be binding upon and shall inure to the benefit of the Parties hereto and their successors in interest, including any successor to Bank and any trustee appointed for the Debtor's estate, and including any trustee appointed after any conversion of the Debtor's case to a case under any other chapter of the Bankruptcy Code. The fourteen (14) day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be duly executed by their respective authorized signatories.

Kim Park Choi& Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

[Signatures on Next Page]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kim Park Choi& Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

| | | |
|---|---|---|
| 1 | **WILSHIRE STATE BANK:** | |
| 2 | | WILSHIRE STATE BANK, a California Banking Corporation |
| 3 | Dated: June 6, 2011 | By: _[signature]_ |
| 4 | | Ryan Park, Special Assets Officer |
| 5 | **Approved as to Form:** | |
| 6 | | KIM, PARK, CHOI & YI |
| 7 | Dated: June 6, 2011 | By: _[signature]_ |
| 8 | | John H. Choi, Attorneys for Secured Creditor Wilshire State Bank |
| 9 | | |
| 10 | **DEBTOR IN POSSESSION:** | |
| 11 | | RIO RANCHO SUPER MALL, LLC, Debtor and Debtor in Possession |
| 12 | | |
| 13 | Dated: June ___, 2011 | By: _____ Eric Sangyul Kim, Manager |
| 14 | | |
| 15 | Dated: June ___, 2011 | _____ Kwang Sung Kim, Member |
| 16 | **Approved as to Form:** | |
| 17 | | LEE & KENT |
| 18 | Dated: June ___, 2011 | By: _____ |
| 19 | | Thomas E. Kent, Attorneys for Debtor and Debtor in Possession Rio Rancho Super Mall, LLC. |

Kim Park Choi & Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

1 | **WILSHIRE STATE BANK:**

WILSHIRE STATE BANK, a California Banking Corporation

3 | Dated:    June    , 2011        By: _____

5 | **Approved as to Form:**

6 | KIM, PARK, CHOI & YI

7 | Dated:    June    , 2011        By: _____

John H. Choi, Attorneys for Secured Creditor Wilshire State Bank

10 | **DEBTOR IN POSSESSION:**

RIO RANCHO SUPER MALL, LLC, Debtor and Debtor in Possession

13 | Dated:    June 6, 2011        By: _____/s/_____

Eric Sangyul Kim, Manager

15 | Dated:    June 6, 2011        *KWANG SUN KIM*

Kwang Sung Kim, Member

16 | **Approved as to Form:**

LEE & KENT

18 | Dated:    June 6, 2011        By: _____

Thomas E. Kent, Attorneys for Debtor and Debtor in Possession Rio Rancho Super Mall, LLC.

*Kim Park Choi & Yi*
*3435 Wilshire Blvd., Suite 1720*
*Los Angeles, CA 90010-2003*

# EXHIBIT 1

John H. Choi, SBN 149418
Kim, Park, Choi & Yi
a Professional Law Corporation
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003
Tel: (213) 384-7600
Fax: (213) 384-4888
Email: johnchoi@kpcylaw.com
Attorneys for Secured Creditor
Wilshire State Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

Rio Rancho Super Mall, LLC.,

Debtor.

Rio Rancho Supermall LLC,

v.

Wilshire State Bank.

Case No.: 6:11-bk-16835-CB

Adv. Case No.: 6:11-ap-01667-CB

Chapter 11

**STIPULATION TO REMAND CASE TO RIVERSIDE COUNTY SUPERIOR COURT**

Date:   June 21, 2011
Time:   2:00 p.m.
Ctrm:   303

Plaintiff Wilshire State Bank ("Bank") and Defendant Rio Rancho Super Mall, LLC ("Debtor") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS AND AGREEMENT**

1.      On February 28, 2011, Bank commenced an action in the Superior Court of California in and for the County of Riverside titled Wilshire State Bank vs. Rio Rancho Super Mall, LLC, et al, Case No. RIC1103667 (the "Action"). The defendants in the Action are Rio

1  Rancho Super Mall, LLC, Debtor and Debtor in Possession, ("Debtor"), Eric Sang Yul Kim ("ES
2  Kim"), Kwang Sun Kim ("KS Kim"), Yeon Ju Kim aka Yeon Ju Choi ("YJ Kim"), John Seung
3  Kyun Lee ("Lee"), and Chris W. Suh ("Suh"). The defendants, ES Kim, KS Kim, YJ Kim, Lee
4  and Suh are hereafter collectively referred to as "Defendants".

5      2.    On March 2, 2011 the Debtor filed its voluntary petition under Chapter 11 of the
6  Bankruptcy Code commencing the instant case.

7      3.    On or about May 6, 2011, Debtor filed a Notice of Removal of the Action to this
8  Court pursuant to 28 U.S.C. § 1441(b) based on, inter alia, its contention that the Action involves
9  and affects property of Debtor's bankruptcy estate. Defendants did not file a notice of consent
10 to remove.

11     4.    The Parties hereby stipulate that subject to the approval of this Court, this
12 removed adversary proceeding may be remanded to the Riverside County Superior Court;
13 expressly provided, however, that the automatic stay imposed by § 362 of the Bankruptcy Code
14 shall remain in effect as to Debtor and its bankruptcy estate. Bank, however, shall have the right
15 to file and serve amended pleadings in the State Court case naming the Debtor as a Defendant.
16 The Bank may not, however, take any other action to prosecute the State Court case against the
17 Debtor unless this Chapter 11 case is dismissed or unless it is so authorized by a subsequent
18 Order of the Bankruptcy Court.

19     5.    Each Party shall bear its own attorneys' fees and costs with respect to the removal
20 and subsequent remand of the Action pursuant to this stipulation.

21     6.    All pending deadlines and hearing in this case shall be taken off the Court's
22 calendar.

23     7.    Each party agrees to execute a separate stipulation re motion for relief from the
24 automatic stay, a copy of said stipulation is attached hereto as Exhibit "1".

25     8.    Contingent upon the Court's approval of this Stipulation and subject to the
26 limitations set forth herein, each party agrees to execute a separate limited stipulation for entry of
27 judgment, a copy of said stipulation is attached hereto as Exhibit "2".
28

*Kim Park Choi & Yi*
*3435 Wilshire Blvd., Suite 1720*
*Los Angeles, CA 90010-2003*

9.    This stipulation for remand shall become effective on a final basis upon entry of an order by Bankruptcy Court approving the same.

10.    This stipulation for remand may be signed in any number of counterparts, each of which shall be an original, with the same effect as if the signature thereto were upon the same instrument.

11.    This stipulation for remand may be executed by the facsimile delivery of a signature page.

12.    Each party to this stipulation for remand shall take any and all action necessary, appropriate or advisable to execute and discharge that party's responsibilities and obligations created by the provisions of this stipulation and further to effectuate and carry out the intent and purposes of this stipulation.

13.    This terms and conditions of this stipulation for remand have been negotiated by the Parties at arms' length and in good faith and are fair and reasonable under the circumstances, and this stipulation shall be enforceable against the Parties in accordance with its terms. This stipulation for remand shall be binding upon and shall inure to the benefit of the Parties hereto and their successors in interest, including any successor to Bank and any trustee appointed for the Debtor's estate, and including any trustee appointed after any conversion of the Debtor's case to a case under any other chapter of the Bankruptcy Code.

IN WITNESS WHEREOF, the Parties hereto have caused this stipulation for remand to be duly executed by their respective authorized signatories.

[Signatures on Next Page]

**WILSHIRE STATE BANK:**

WILSHIRE STATE BANK, a California Banking Corporation

Dated: June ___, 2011        By: _____

**Approved as to Form:**

KIM, PARK, CHOI & YI

Dated: June ___, 2011        By: _____
John H. Choi, Attorneys for Secured Creditor Wilshire State Bank

**DEBTOR IN POSSESSION:**

RIO RANCHO SUPER MALL, LLC, Debtor and Debtor in Possession

Dated: June ___, 2011        By: _____
Eric Sangyul Kim, Manager

Dated: June ___, 2011        _____
Kwang Sung Kim, Member

**Approved as to Form:**

LEE & KENT

Dated: June ___, 2011        By: _____
Thomas E. Kent, Attorneys for Debtor and Debtor in Possession Rio Rancho Super Mall, LLC.

Kim Park Choi & Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

# EXHIBIT 2

John H. Choi, SBN 149418
Kim, Park, Choi & Yi
a Professional Law Corporation
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003
Tel: (213) 384-7600
Fax: (213) 384-4888
Email: johnchoi@kpcylaw.com
Attorneys for Plaintiff
Wilshire State Bank

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR COUNTY OF RIVERSIDE

| | |
|---|---|
| WILSHIRE STATE BANK, a California Banking Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIO RANCHO SUPER MALL, LLC, a California limited liability company; ERIC SANG YUL KIM, an individual; KWANG SUN KIM, an individual; YEON JU KIM, also known as YEON JU CHOI, an individual; JOHN SEUNG KYUN LEE, an individual; CHRIS W. SUH, an individual; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: RIC 1103667<br><br>[Unlimited Civil]<br><br>STIPULATION FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between plaintiff, Wilshire State Bank, a California Banking Corporation (hereinafter the "Plaintiff"), defendant Rio Rancho Super Mall, LLC, a California limited liability company, (hereinafter as "Rio Rancho") that, subject to the following conditions, judgment be entered in favor of Plaintiff against Rio Rancho as follows:

1. For damages in the sum of $9,995,393.33, jointly and severally with other defendants in this action, plus interest at the per annum rate specified in the promissory note

attached to Plaintiff's complaint filed February 28, 2011 ("Complaint") as Exhibit "2" ("Note"), from March 2, 2011 up to the date of entry of judgment. Plaintiff is also entitled to interest on such judgment as provided by law.

2. For judgment against Rio Rancho for such additional sums, if any, as Plaintiff may hereafter expend to protect its security interest in the Property, together with pre judgment interest;

3. This Stipulation shall be held by Plaintiff and may not be filed with the Superior Court unless and until Rio Rancho's Chapter 11 bankruptcy case (6:11-bk-16835-CB) has been dismissed or alternatively unless Plaintiff is so expressly authorized by a duly entered order of the Bankruptcy Court. Plaintiff may, however, immediately provide a copy of this Stipulation to the Superior Court in the court room in camera or may file this Stipulation under seal for purposes of informing the court of the status of this action as to Rio Rancho without an order of the Bankruptcy Court or dismissal of Rio Rancho's bankruptcy case.

4. The judgment pursuant to this stipulation shall not be entered by the Superior Court so long as the automatic stay imposed under 11 U.S.C. § 362 in Rio Rancho's bankruptcy case, USBC Case No. 6:11-bk-16835-CB, remains in effect. If the automatic stay is terminated by operation of law or by motion, said judgment may be entered ex parte by Plaintiff's counsel's declaration(s) without further notice and/or hearings, and Rio Rancho expressly agree that Plaintiff is not required to make further appearances herein. Plaintiff may thereafter immediate enforce said judgment.

5. Notwithstanding any other provisions of this stipulation, Plaintiff shall be allowed to file and serve amended pleadings naming Rio Rancho as a defendant, and a notice of settlement summarizing this stipulation, if necessary. Notwithstanding any other provisions of this stipulation, Plaintiff may prosecute this action against other defendants in this action.

6. A Commissioner of the Court may hear any proceeding arising out of this stipulation.

Kim Park Choi & Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

7.    This stipulation shall be binding upon and inure to the benefit of the respective heirs, successors, predecessors, assigns, corporate officers, directors, shareholders, employees, agents, legal representatives, and attorneys of the parties and to the extent permitted by law.

8.    Rio Rancho and Plaintiff represent that they have read this stipulation, have had the opportunity to consult with legal counsel of their own choice concerning their rights with respect to the form and content of this stipulation and the advisability of executing the same, and that no promise or representations, except those contained herein, have been made to them and that they have entered into this stipulation freely on the basis contained herein alone.

9.    This stipulation may be executed in any number of counterparts.

10.    This stipulation constitutes a complete and entire agreement between the parties hereto, and supercedes any prior negotiations or agreements between the parties hereto, regarding the subject matter of this stipulation.

11.    Each of the undersigned represents and warrants that he or she has the authority to bind the entity or persons on behalf of whom he or she is signing to the terms and obligations of this stipulation, and that to the extent necessary, the execution and performance of this stipulation has been duly authorized and approved by its respective board of directors or managing partners.

12.    In the event any part or provisions of this stipulation, for any reason, shall be declared invalid, such decision shall not affect the validity of any remaining portions of this stipulation, which remaining portion shall remain in complete force and effect as if this stipulation had been executed with the invalid portion thereof eliminated.

13.    Each party to this stipulation shall take any and all action necessary, appropriate or advisable to execute and discharge that party's responsibilities and obligations created by the provisions of this stipulation and further to effectuate and carry out the intent and purposes of this stipulation and the transactions contemplated by the provisions of this stipulation.

14.    The parties agree that the provisions of this stipulation shall be interpreted in accordance with the fair meaning thereof, and not strictly for or against any of the parties

1  hereto. Both parties have participated in the drafting of this stipulation which, accordingly, shall not be interpreted against either party.

2  15.  The parties agree that a facsimile transmission of a party's signature shall be as valid as an original thereof, and the parties waive any and all objections thereto including, without limitation, foundation, authentication, and Best Evidence Rule.

16.  Each party to this stipulation shall take any and all action necessary, appropriate or advisable to execute and discharge that party's responsibilities and obligations created by the provisions of this stipulation and further to effectuate and carry out the intent and purposes of this stipulation.

IT IS SO STIPULATED.

[Signatures on Next Page]

Kim Park Choi& Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

**WILSHIRE STATE BANK:**

WILSHIRE STATE BANK, a California Banking Corporation

Dated: June ___, 2011

By: _____

**Approved as to Form:**

KIM, PARK, CHOI & YI

Dated: June ___, 2011

By: _____
John H. Choi, Attorneys for Plaintiff Wilshire State Bank

**RIO RANCHO SUPER MALL LLC:**

RIO RANCHO SUPER MALL, LLC, a California limited liability company

Dated: June ___, 2011

By: _____
Eric Sangyul Kim, Manager

Dated: June ___, 2011

_____
Kwang Sung Kim, Member

**Approved as to Form:**

LEE & KENT

Dated: June ___, 2011

By: _____
Thomas E. Kent, Attorneys for Defendant Rio Rancho Super Mall, LLC.

Kim Park Choi & Yi
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010-2003

| | |
|---|---|
| In re: RIO RANCHO SUPER MALL LLC<br><br>Debtor(s). | CHAPTER    11<br><br>CASE NUMBER   6:11-BK-16835-CB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3435 Wilshire Blvd., Suite 1720, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described __STIPULATION RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___6/07/2011___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___6/07/2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By U.S. Mail:**
**Office of the U.S. Trustee**
**Secured Creditors**
**20 largest unsecured creditors**
**Parties requesting Notice**
**(See attached)**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/07/2011 | Christine Wong | /s/Christine Wong |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-3.1**

| In re: RIO RANCHO SUPER MALL LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:11-BK-16835-CB |

**Service List Attachment**

**I. Served Via NEF Service**

U S Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
Everett L. Green (Counsel for US Trustee) - everett.l.green@usdoj.gov
Thomas E. Kent (Counsel for Debtor) - tkent@leekent.com
John H. Choi (Counsel for Wilshire State Bank) - johnchoi@kpcylaw.com; cwong@kpcylaw.com
William W. Kim (Counsel for Saehan Bank)- William@parkandlim.com
Martha E. Romero (Counsel for Riverside County Treasurer Tax)- Romero@mromerolawfirm.com
Christine M. Fitzgerald (Counsel for Butterfield Valley Partners) – cfitzgerald@scckg.com

**II. Served via United States Mail**

| | | |
|---|---|---|
| Rio Rancho Super Mall, LLC<br>25211 Sunnymead Blvd.<br>Moreno Valley, CA 92553 | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside, CA 92501<br>ustpregion16.rs.ecf@usdoj.gov | The Hon. Catherine E. Bauer<br>U S Bankruptcy Court- Riverside<br>3420 Twelfth Street, Courtroom 303<br>Riverside, CA 92501-3819 |

20 Largest Unsecured Creditors

| | | |
|---|---|---|
| Pacific City Bank<br>Troy Ahn, Esq.<br>3600 Wilshire Blvd., Suite 432<br>Los Angeles, CA 90010 | Lamar Advertising<br>c/o Badger Law Office<br>5005 La Mark Drive #101<br>Riverside, CA 92507 | BFG Company<br>c/o Norman Levine, Esq.<br>Greenberg Glusker Fields Claman &<br>Machitinger<br>1900 Avenue of the Stars, 21st Fl.<br>Los Angeles, CA 90067 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1