THOMAS E. KENT, ESQ. (SBN107238)
LEE & KENT
915 WILSHIRE BOULEVARD, SUITE 2050
LOS ANGELES, CALIFORNIA  90017
Telephone: (213) 542-4232
Facsimile: (213) 542-4234
Email: tkent@leekent.com

Attorneys for Debtor and Debtor In Possession,
Rio Rancho Super Mall, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>RIO RANCHO SUPER MALL, LLC.,<br><br><br><br>Debtor. | Case No.: 6:11-bk-16835-CB<br><br>Chapter 11<br><br>*Assigned to Hon. Catherine E. Bauer*<br><br>**NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDERS DETERMING (1) VALUE OF PROPERTY; AND (2) PRIORITY AND STATUS OF LIENS**<br><br><br>Date:  September 13, 2011<br>Time:  2:00 p.m.<br>Ctrm:  303 |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE TO ALL CREDITORS AND THEIR RESPECTIVE ATTORNEYS OF RECORD AND, TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Debtor's Motion for Orders Determining (1) Value of Property; and (2) Priority and Status of Liens in the above referenced action has been continued and will now occur on **September 13, 2011 at 2:00 p.m.** in Courtroom 303 of the United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, CA 92501.

Dated: August 24, 2011

LEE & KENT

By: THOMAS E. KENT, ESQ.
Attorneys for Debtor and Debtor In Possession,
Rio Rancho Super Mall, LLC

NOTICE OF CONTINUED
MOTION TO VALUE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. <u>My business address is: 915 Wilshire Blvd. Suite 2050, Los Angeles, CA 90017</u>.

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUED DEBTOR'S MOTION FOR ORDERS DETERMING (1) VALUE OF PROPERTY; AND (2) PRIORITY AND STATUS OF LIENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 24, 2011</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John H Choi    johnchoi@kpcylaw.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
- Everett L Green    everett.l.green@usdoj.gov
- Thomas E Kent    tkent@leekent.com
- Steve J Kim    stevejwkim@gmail.com
- William W Kim    william@parkandlim.com
- John Park    jparkatty@sbcglobal.net
- Martha E Romero    Romero@mromerolawfirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>August 24, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2011 | Melissa Wilner | /s/ Melissa Wilner |
|---|---|---|
| Date | Type Name | Signature |

NOTICE OF CONTINUED
MOTION TO VALUE

**Via Overnight Mail**
U.S. BANKRUPTCY JUDGE
HONORABLE CATHERINE E. BAUER
BANKRUPTCY JUDGE
3420 Twelfth Street, Ctrm 303
Riverside, CA 92501-3819

**Via U.S. Mail**

| | |
|---|---|
| UNITED STATES TRUSTEE<br>Everett L Green, Esq.<br>Office of U.S. Trustee<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | Attorney for Wilshire State Bank<br>John H. Choi, Esq.<br>Kim, Park, Choi & Yi<br>3435 Wilshire Blvd. Suite 1720<br>Los Angeles, CA 90010-2003 |
| Attorney for Pacific City Bank<br>Troy Ahn, Esq.<br>3600 Wilshire Blvd. #432<br>Los Angeles, CA 90010 | Attorney for Saehan Bank<br>c/o William W. Kim, Esq.<br>c/o Heesok Park, Esq.<br>Park & Lim<br>3435 Wilshire Blvd. #2920<br>Los Angeles, CA 90010 |
| Attorney for BFG Company<br>Norman Levine, Esq.<br>Greenberg Glusker Fields Claman & Machtinger<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067 | |
| UNSECURED CREDITORS | |
| Attorney for Lamar Advertising<br>Badger Law Office<br>5005 La Mark Drive #101<br>Riverside, CA 92507 | Attorney for Riverside County Treasurer-Tax<br>c/o Martha Romero<br>Romero Law Firm<br>BMR Professional Bldg<br>6516 Bright Ave.<br>Whittier, CA 90601 |
| Attorney for Butterfield Valley Partners<br>c/o Ryan Stearns, Esq.<br>Stearns Kim & Stearns<br>3424 Carson Street, Suite 670<br>Torrance, CA 90503 | |
| REQUEST FOR SPECIAL NOTICE | |
| Attorney for Butterfield Valley Partners<br>c/o Christine M. Fitzgerald, Esq.<br>Smith Campbell Clifford Kearney Gore | Attorney for Butterfield Valley Partners<br>c/o Barry Gore, Esq.<br>Smith Campbell Clifford Kearney Gore |

NOTICE OF CONTINUED
MOTION TO VALUE

4

| 3424 Carson St., Ste. 350 | 3424 Carson St., Ste. 350 |
| Torrance, CA 90503 | Torrance, CA 90503 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF CONTINUED
MOTION TO VALUE

5