| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Thomas E. Kent<br>2600 W Olive, 5th Floor<br>Burbank, CA 91505<br>Telephone: 818-679-6714<br>Facsimile: 818-396-8851<br>Email: tekesq@gmail.com<br><br>*Attorney for* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: RIO RANCHO SUPER MALL, LLC | |
|---|---|
| Debtor. | |
| Plaintiff(s), | CHAPTER 11<br>CASE NUMBER 6:11-bk-16835-CB |
| vs. | ☐ ADVERSARY NUMBER (If Applicable) |
| Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Rio Rancho Super Mall, LLC

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Thomas E. Kent, Esq. 2600 W. Olive, 5th Floor, Burbank, CA 91505; Telephone: 818-679-6714

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Lee & Kent, Justin Lee, Esq.

Dated: 09/02/11

Rio Rancho Super Mall, LLC
*Type Name of Party*

*Signature of Party*

I consent to the above substitution.

Dated: 09/02/11

Lee & Kent
*Type Name of Present Attorney*

*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 09/02/11

Thomas E. Kent
*Type Name of New Attorney*

*Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 2090-1.4

Substitution of Attorney - *Page 2*

**F 2090-1.4**

| In re Rio Rancho Super Mall, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:11-bk-16835-CB |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Substitution of Attorney - *Page 3*    **F 2090-1.4**

| In re | | CHAPTER _____ |
|---|---|---|
| | Debtor. | CASE NUMBER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2600 W Olive Ave, Burbank, CA 91505

A true and correct copy of the foregoing document described as  Substitution of Atorney  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  9/6/11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  9/6/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/6/11 | Melissa Wilner | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 2090-1.4**

Substitution of Attorney - *Page 4*

**F 2090-1.4**

| In re Rio Rancho Super Mall, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:11-bk-16835-CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

VIA NEF
John H Choi    johnchoi@kpcylaw.com
Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
Everett L Green    everett.l.green@usdoj.gov
Thomas E Kent    tkent@leekent.com
Steve J Kim    stevejwkim@gmail.com
William W Kim    william@parkandlim.com
John Park    jparkatty@sbcglobal.net
Martha E Romero    Romero@mromerolawfirm.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

VIA U.S. Mail
(See Additional Information)

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

| | |
|---|---|
| <u>Via Federal Express</u><br><u>United States Bankruptcy Court</u><br>Honorable Catherine E. Bauer<br>Bankruptcy Judge<br>3420 Twelfth Street, Ctrm 303<br>Riverside, CA 92501-3819 | |
| <u>VIA U.S. Mail</u><br><u>United States Trustee</u><br>Everett L. Green, Esq.<br>Office of U.S. Trustee<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | <u>Attorney for Butterfield Valley Partners</u><br>c/o Ryan Stearns, Esq.<br>Stearns Kim & Stearns<br>3424 Carson Street, Suite 670<br>Torrance, CA 90503 |
| <u>Attorney for Wilshire State Bank</u><br>John H. Choi, Esq.<br>3435 Wilshire Boulevard, Suite 1720<br>Los Angeles, CA 90010-2003 | <u>Request for Special Notice</u><br><u>Attorney for Butterfield Valley Partners</u><br>c/o Christine M. Fitzgerald, Esq.<br>Smith Campbell Clifford Kearney Gore<br>3424 Carson St., Ste. 350<br>Torrance, CA 90503 |
| <u>Attorney for Saehan Bank</u><br>c/o William W. Kim<br>c/o Heesok Park, Esq.<br>Park & Lim<br>3435 Wilshire Boulevard, Ste. 2920<br>Los Angeles, CA 90010 | <u>Attorney for BFG Company</u><br>Norman Levine, Esq.<br>Greenberg Glusker Fields Claman & Machtinger<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 |
| <u>Unsecured Creditors</u><br><u>Attorney for Lamar Advertising</u><br>Badger Law Office<br>5005 La Mark Drive #101<br>Riverside, CA 92507 | <u>Attorney for Riverside County Treasurer- Tax</u><br>c/o Martha Romero<br>Romero Law Firm<br>BMR Professional Bldg.<br>6516 Bright Ave.<br>Whittier, CA 90601 |
| <u>Attorney for Butterfield Valley Partners</u><br>c/o Barry Gore, Esq.<br>Smith Campbell Clifford Kearney Gore<br>3424 Carson St., Ste. 350<br>Torrance, CA 90503 | <u>Attorney for Pacific City Bank</u><br>Troy Ahn, Esq.<br>3600 Wilshire Boulevard, Ste 432<br>Los Angeles, CA 90010 |